IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| **OCAMPO** | * * * * |
| Plaintiff, | * * |
| | *   Case No.: 19-cv-02875-CCB |
| **BRENNAN** | * * |
| Defendant. | * * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE WHY SERVICE OF PROCESS HAS NOT BEEN EFFECTUATED

Plaintiff, Terri Ocampo, by and through her attorneys, George A. Rose, Esq., and Rose Law Firm, LLC, hereby submits this Response To Order To Show Cause Why Service Of Process Was Has Not Been Effectuated, and for the reasons stated herein, respectfully requests that the Court not dismiss this action.

1. On September 30, 2019 Plaintiff filed her complaint and jury demand.

2. On October 1, 2019 the clerk noted that "Summons for the U.S. Attorney and the U.S. Attorney General were not provided. Please file the completed summons using the event under Notices".

3. On October 2, 2019, the court issued summons for defendant Brennan. Plaintiff had until on or about December 2, 2019, to serve the summons and complaint.

4. On December 12, 2019, Plaintiff filed the Summons for the U.S. Attorney and the U.S. Attorney General. However, the summons prepared for the U.S. Attorney was incorrectly prepared for the U.S. Attorney in the District of Columbia, and not the U.S. Attorney for the State of Maryland.

5. On December 18, 2019, Plaintiff obtained the services of a private process server and delivered the pleadings, summons and other papers for private process service.

6. On December 18, 2019, the U.S. Attorney General was served with process, and returned service was filed with the Court on January 9, 2020.

7. On December 30, 2019, Plaintiff filed a Summons for the U.S. Attorney for Maryland, after receiving notice that summons was incorrect addressed to the U.S. Attorney for the District of Columbia.

8. On December 31, 2019, the Court issued a signed Summons for the U.S. Attorney for Maryland and an Order to Show Cause Why Service of Process Has Not Been Effectuated.

9. On January 10, 2020, the Summons for the U.S. Attorney for Maryland was served, and the return of service filed with this Court.

10. Services of process was not effectuated at the time of the Order to Show Cause because of administrative errors or oversight by Plaintiff's undersigned counsel in preparing and filing the summons for the U.S. Attorney for Maryland and the U.S. Attorney General. Consequently, although the Court issued signed Summons for Defendant on October 2, 2019, services of this Summons was internally scheduled to be done with the Summons for the U.S. Attorney for Maryland and the U.S. Attorney General.

11. Plaintiff's counsel support staff incorrectly calendared and timed the service of Defendant's Summons to December 12, 2019. Internal case management system alerted, albeit late, undersigned counsel of the discrepancies and the Summons for the U.S. Attorney for Maryland and the U.S. Attorney General was prepared and filed on December 12, 2018 and submitted for private service of process.

12. The delay in effectuating service of process was not intentional and a result of administrative errors or oversight. Since the December 31, 2018 Order to Show Cause, the Defendant, along with the U.S. Attorney for Maryland and the U.S. Attorney General have been served and return of service file with the Court.

13. In light of the foregoing reasons, Plaintiff request the Court not to dismiss Plaintiff's case.

    Respectfully,

    /s/ *George Rose*
    _____
    George A. Rose, Esq.
    Federal Bar. N.: 26086
    Rose Law Firm, LLC
    200 E. Lexington St., Suite 1305
    Baltimore, Maryland 21202
    T: 410-727-7555
    F: 410-320-0962
    grose@roselawfirm.net
    Attorneys for Plaintiff Terri Ocampo

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14[d] day of January 2020, a copy of the foregoing Plaintiff Response to Order to Show Cause, was served on all parties by electronic mail to this court e-file.

    Respectfully submitted,

    /s/ *George Rose*
    _____
    George A. Rose, Esquire.