EXHIBIT A

 **UNITED STATES POSTAL SERVICE**

**EEO Investigative Affidavit** *(Witness)*

| Page Number | Number of Pages | Case Number |
|---|---|---|
| 1 | | 4K-210-0134-18 |

| 1. Affiant's Name *(First, Middle, Last)* | 2. Employing Postal Service Facility |
|---|---|
| PHILLIP G. BALDWIN | MIDDLE RIVER POST OFFICE |

| 3. Position Title | 4. Position Level | 5. Postal Address and ZIP + 4 | 6. Unit Assigned |
|---|---|---|---|
| SUPERVISOR CUSTOMER SERVICES | EAS – 17 | 200 Wilson Point Road<br>Middle River, MD 21220-9998 | |

### Privacy Act Statement and Rehabilitation Act Notice

**Privacy Act Statement:** Your information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. Collection is authorized by 39 U.S.C. 401, 409, 410, 1001, 1005, and 1206. Providing the information is voluntary, but if not provided, we may not be able to process your request. We may disclose your information as follows: in relevant legal proceedings; to law enforcement when the U.S. Postal Service (USPS) or requesting agency becomes aware of a violation of law; to a congressional office at your request; to entities or individuals under contract with USPS; to entities authorized to perform audits; to labor organizations as required by law; to federal, state, local or foreign government agencies regarding personnel matters; to the Equal Employment Opportunity Commission; and to the Merit Systems Protection Board or Office of Special Counsel. For more information regarding our privacy policies visit www.usps.com/privacypolicy.

**Rehabilitation Act Notice:** Under the Rehabilitation Act, medical information is confidential and may only be requested or disclosed in very limited circumstances. Medical documentation about the complainant's and possible comparison employees' medical conditions and work restrictions may be requested in connection with the investigation of an EEO complaint. Information about medical restrictions (but not medical conditions) obtained in the course of an EEO investigation may be disclosed to supervisors and managers who need to know about restrictions on the work or duties of the employee and about necessary accommodations. Supervisors and managers are not permitted to share such information with peers or subordinates or to discuss the information with those who have no need to know and whose requests for the information are not job-related and consistent with business necessity.

### USPS Standards of Conduct

Postal Service regulations require all Postal Service employees to cooperate in any Postal Service investigation. Failure to supply the requested information could result in disciplinary action in accordance with ELM 665.3 and 665.6.

7. Statement *(Continue on Form 2569 if additional space is required)*

1. What is your full name?

    PHILIP GEORGE BALDWIN

2. Please state your position title, level, location, telephone number and email address.

    SUPERVISOR C.S. EAS 17 MIDDLE RIVER P.O. 410-391-9428 PHILIP.G.BALDWIN@USPS.GOV

3. During the timeframe of this complaint, please identify your organizational relationship to the Complainant (i.e. Supervisor, Manager, etc.)?

    SUPERVISOR

4. Identify the name and title of your immediate supervisor.

    B. BERRY

**DISABILITY ALLEGATION**

5. Are you aware of whether or not the Complainant suffers from any medical conditions or impairments? If so, what are they?   YES, DIABETES

6. When and how did you become aware of the Complainant's medical condition or impairment?
    THROUGH CONVERSATIONS

7. Have you received medical documentation in reference to the Complainant's medical condition and if so when and what did you receive? Please provide a copy.   YES, AFTER INCIDENT

I declare under penalty of perjury that the foregoing is true and correct.

| Affiant's Signature | Date Signed |
|---|---|
| *[signed] Philip Baldwin* | 2/13/19 |

PS Form 2568-B, October 2015